57,194-05

April 21, 2015


Honorable Judge
Court of Criminal Appeals of Texas
PO Box 12308 Capitol Station
Austin, TX 78711

      RE:    Armando Aguilliar
              TDCJ #1101662
              Gib Lewis Unit
              777 FM 3497
              Woodville, TX 75990

Honorable Staff of the Criminal Court Appeals of Texas, my name is Armando Aguilliar #1101662 I am currently private of my freedom in a prison of TDCJ Gib Lewis Unit. I am writing to you for the reason that I want to know my status of my case in court.

I did send to your respectable court my legal papers asking for a better recommendation in my case, a "request of time-cut" dated January 5, 2015. I still have not received an answer or any information and I would like to know if you received it or if I should send my papers to Longview Gregg County Courthouse. Any information that is provided concerning this matter is greatly appreciated on my part.

Respectfully,


Armando Aguilliar


RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 29 2015

Abel Acosta, Clerk